

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2019

No. 04-18-00812-CV

**TEXAS DEPARTMENT OF TRANSPORTATION,**
Appellant

v.

Naomi **MARKHAM**, et al.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-01166
Honorable Martha Tanner, Judge Presiding

# O R D E R

The Appellant's First Motion to Extend Time to File Reply Brief is hereby GRANTED. Time is extended to April 1, 2019.

It is so **ORDERED** on this 7th day of March, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court